**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01494-CV

### VIRGINIA ROE BURNS, Appellant

### V.

### DENIS LYONS BURNS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51720-2012**

## ORDER

We **GRANT** appellee's April 15, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before May 28, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE